**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  06-cv-00491-LTB-KLM

COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY, a Colorado corporation,
    Plaintiff,

v.

WESTERN AGRICULTURAL INSURANCE COMPANY, an Arizona corporation,
    Defendant.
_____

WESTERN AGRICULTURAL INSURANCE COMPANY, an Arizona corporation,
    Counterclaimant,

v.

COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY, a Colorado corporation;
CHARLIE ROBERTSON, an adult resident of Colorado,
    Counterdefendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 23 - filed November 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: November 6, 2007